## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED OF OMAHA LIFE
INSURANCE COMPANY,

        Plaintiff,

v

BREON MCINTOSH, an individual and
TAUNYA M. SIMS, as custodial
guardian for Sa'Niyah B. McIntosh and
Kennedi A. McIntosh, minors,

        Defendants.

Case No. 2:25-cv-10193
Hon. Matthew F. Leitman

---

## **DEFAULT JUDGMENT**

This matter came before the Court on Plaintiff's Motion for Default Judgment against Defendant Breon McIntosh ("Defendant McIntosh"). This Court is fully advised and orders and adjudges as follows:

1. United of Omaha Life Insurance Company ("United of Omaha") filed its Complaint for Declaratory Judgment on January 21, 2025, seeking a contestability review and a declaration regarding the parties' rights and obligations under Policy No. *****4505 issued to Andricka McIntosh.

2. Defendant McIntosh was properly served with the summons and complaint on January 30, 2025, as evidenced by the proof of service filed at ECF No. 5.

3. Defendant McIntosh has failed to plead, answer, or otherwise defend this action within the time permitted by the Federal Rules of Civil Procedure.

4. The Clerk of Court entered a default against Defendant McIntosh on March 25, 2025, pursuant to Fed. R. Civ. P. 55(a). ECF No. 10

5. Entry of a Default Judgment is appropriate pursuant to Fed. R. Civ. P. 55(b). Judgment is therefore entered in favor of Plaintiff and against Defendant McIntosh as follows:

    a. Plaintiff's Motion for Default Judgment against Defendant McIntosh is Granted.

    b. This is a final judgment as to Defendant McIntosh under Fed. R. Civ. P. 54(b).

6. This Judgment does not resolve the pending claim against Defendant Taunya Sims nor close the case.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 9, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 9, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126