UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED OF OMAHA LIFE
INSURANCE COMPANY,

      Plaintiff,

v.

BREON MCINTOSH, et al.,

      Defendants.

Case No. 25-cv-10193
Hon. Matthew F. Leitman

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff against Defendant Taunya M. Sims, this case is DISMISSED without prejudice as to Defendant Taunya M. Sims.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 6, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 6, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126